# IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

| | | |
|---|---|---|
| _____Malia Neal_____, | : | |
| PLAINTIFF | : | FAMILY COURT DIVISION |
| | : | |
| vs. | : | PROTECTION FROM ABUSE |
| | : | |
| _____Mitchell Gilbert_____, | : | |
| DEFENDANT | : | NO. 2402V7245 |

## PETITION TO RECONSIDER

1. My name is Mitchell Gilbert _____

   I am ☐ Plaintiff ☑ Defendant in the above-cited case.

   My address is ☑ confidential or as follows (street, city, state, zip): _____

   _____

2. The other Party is Malia Neal _____,

   who is the ☑ Plaintiff ☐ Defendant in the above-cited case, and resides at (street, city, state,

   zip): Listed as plaintiff's address on docket 2402V7245 _____

   _____

3. On Feb. 27th, 2024, the parties appeared before the Honorable ____Christohper Mallios____,

   in an action filed under the Protection From Abuse Act, NO: 2402V7245 _____

4. On the above date, the parties were before the Court (attached hereto as Exhibit "A" is a copy

   of any order entered by the Court).

5. I, _____Mitchell Gilbert_____, seek to have the decision of the Court reconsidered for the

   following reasons:

AUGUST 2020
RECONSIDERATION

A. THE REF ASKED THE PLANTIFF IF I PHYSICALLY ASSAULTED HER AND IF I HAD A GUN ON ME AND SHE SAID NO. THE REF ALSO ASKED ME IF I PHYSICALLY ASSAULTED HER AND IF I HAD A GUN ON ME AND I SAID NO. THE REF GAVE MY OPENING STATEMENT AND LIST OF EVIDENCE TO THE PLANTIFF.

B. I SWEAR THE REF FORCED TO THE PLANTIFF TO COME TO COURT. THAT THAT IS THE REASON THE HEARING WAS SUPPOSE TO START AT 09:00 AM AND DID NOT START UNTIL AROUND 1:45 PM. HE VIOLATED MY RIGHTS.

C. THE CHARGES THE JUDGE DID ARE TAMPERING WITH EVIDENCE, FALSE AND MISLEADINGING STATEMENTS OR ENTRIES, INTIMIDATION OF WITNESSES. HE EVEN TOLD ME TO STOP TALKING AND MADE ME SKIP THROUGH MY CROSS-EXAMATION OF THE PLANTIFF. THERE WAS EVEN A STRANGE PACKAGE SENT TO MY HOME.

WHEREFORE, for the reasons set forth above, I request that the Court, after a hearing, reconsider its decision.

| March 26th, 2024 | |
| --- | --- |
| Date | Signature |

## VERIFICATION

I verify that the statements made in this petition are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.

| | |
| --- | --- |
| Date | Petitioner |

AUGUST 2020
RECONSIDERATION