IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MITCHELL GILBERT,  Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 24-CV-1387 |
| JDG CHRISTOPHER MALLIOS,  Defendant. | : : : | |

# ORDER

AND NOW, this 25th day of April, 2024, upon consideration of Plaintiff Mitchell Gilbert's Motion to Proceed *In Forma Pauperis* (ECF No. 16), *pro se* Complaint (ECF No. 3), Petition to Reconsider (ECF No. 1), Motion to Reveal (ECF No. 14) and Motion to Compel (ECF No. 15) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Petition to Reconsider (ECF No. 1), Motion to Reveal (ECF No. 14) and Motion to Compel (ECF No. 15) are **DENIED AS MOOT**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ Gerald Austin McHugh
**GERALD A. MCHUGH, J.**